IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:22-PO-00184-CDB |
| Plaintiff, | ) | |
| vs. | ) | [~~PROPOSED~~] ORDER APPOINTING COUNSEL |
| JAMAIYAH D. LYLES, | ) | 18 U.S.C. § 3006A(c) |
| Defendant. | ) | |

Upon the Federal Defender's *Motion to Appoint Counsel* for Defendant Jamaiyah D. Lyles, and good cause appearing both in (a) Ms. Lyles inability to afford to hire counsel and (b) this being a situation for which appointment should be made pursuant to U.S. CONST., amend VI, 18 U.S.C. § 3006A, EDCA General Order 582 (Criminal Justice Act [CJA] Plan), and *Guide to Judiciary Policy*, Vol.7, Part A, Chap.2. § 210.20 subsections.

IT IS HEREBY ORDERED appointing the Federal Defender, case assigned to Assistant Federal Defender Erin Snider, as counsel for Ms. Lyles in this matter.

IT IS SO ORDERED.

Dated: __**February 6, 2023**__            _____
                                            UNITED STATES MAGISTRATE JUDGE