HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JAMAIYAH D. LYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:22-po-00184-CDB |
|---|---|
| Plaintiff, | MOTION FOR ORDER AUTHORIZING VIDEO APPEARANCE; [~~PROPOSED~~] ORDER |
| vs. | Date: February 7, 2023 |
| JAMAIYAH D. LYLES, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Christopher D. Baker |

Defendant Jamaiyah D. Lyles hereby moves this Court for an order authorizing her to appear via video at the February 7, 2023 initial appearance.

On June 26, 2022, Ms. Lyles received two citations—one for driving without a license in violation of 18 U.S.C. § 13 (incorporating California Vehicle Code 12500(a)) and one for speeding in violation of 18 U.S.C. § 13 (incorporating California Vehicle Code 22349(b)). The Central Violations Bureau noticed the citations for an initial appearance on October 4, 2022. Ms. Lyles did not appear at the October 4, 2022 hearing; however, on or about October 18, 2022, she contacted the Court and placed herself back on calendar on November 1, 2022. Prior to the November 1, 2022 appearance, Ms. Lyles contacted the Office of the Federal Defender and advised that she was living in Las Vegas and did not have the financial means to travel to Bakersfield for her court appearance. Undersigned counsel contacted the Court, which authorized Ms. Lyles to appear via Zoom at the November 1, 2022 appearance. At the November

1, 2022 hearing, Ms. Lyles appeared via Zoom and, at the request of the parties, the Court continued the initial appearance until December 6, 2022, to allow the parties further opportunity to discuss a potential resolution. Ms. Lyles did not appear on December 6, 2022; however, on or about December 12, 2022, she contacted the Court and placed herself back on calendar on January 10, 2023. Having been previously authorized to appear via Zoom in November, Ms. Lyles mistakenly believed that she was authorized to appear via Zoom again for the January 10, 2023 hearing. Accordingly, on that date, Ms. Lyles joined the Court's Zoom conference and attempted to make an appearance. Due to technical difficulties, Ms. Lyles was not able to unmute her audio or turn on her video when the Court requested that she do so. The Court continued the hearing until February 7, 2023, and ordered that Ms. Lyles appear in person.

The defense now moves this Court for an order authorizing Ms. Lyles to appear via video at the February 7, 2023 hearing. Ms. Lyles currently lives in Humble, Texas—approximately 1,675.8 miles from Bakersfield, California. Ms. Lyles does not have the financial means to travel to Bakersfield, as she is currently unemployed. Moreover, Ms. Lyles is 25 weeks pregnant. Her doctor has recommended that, due to complications in her pregnancy, she avoid traveling outside of Texas. *See* Ex. A at 1. In the event the Court grants this request, undersigned counsel will do a test run of Zoom with Ms. Lyles before the February 7, 2023 appearance to ensure there are no more technical difficulties.

In light of the foregoing, the defense respectfully requests that the Court authorize Ms. Lyles to appear via Zoom on February 7, 2023.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 6, 2023          */s/ Erin M. Snider*
                                ERIN M. SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                JAMAIYAH D. LYLES

**O R D E R**

For good cause appearing based on counsel's representations regarding defendant's background and current circumstances, **IT IS SO ORDERED** Defendant Jamaiyah D. Lyles is authorized to appear for the Initial Appearance and status conference on abstract and warrant recall via video/Zoom teleconference on February 7, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **February 6, 2023**                              _____
                                                                                    UNITED STATES MAGISTRATE JUDGE