HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JAMAIYAH D. LYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:22-po-00184-CDB |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; [PROPOSED] ORDER |
| vs. | |
| JAMAIYAH D, LYLES, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Special Assistant United States Attorney Henry Li, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Jamaiyah Lyles, that the change of plea hearing currently scheduled for November 7, 2023, may be continued to December 5, 2023, at 10:00 a.m.

On October 3, 2023, this Court granted Ms. Lyles's request to plead guilty at the federal court in Houston.  Ms. Lyles requests a one-month continuance of her change of plea hearing to provide additional time to make the necessary travel and childcare arrangements for the date of the hearing.

The government is in agreement with this request and the requested date is a mutually agreeable date for both parties.

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 31, 2023        */s/ Laura Myers*
                              LAURA MYERS
                              Assistant Federal Defender
                              Attorney for Defendant
                              JAMAIYAH D. LYLES


PHILLIP A. TALBERT
United States Attorney

Date: October 31, 2023        */s/ Henry Li*
                              HENRY LI
                              Special Assistant United States Attorney
                              Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The change of plea hearing currently set for November 7, 2023, is hereby continued to December 5, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **November 1, 2023**                    _____
                                                UNITED STATES MAGISTRATE JUDGE

Lyles – Stipulation                    -2-