HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JAMAIYAH D. LYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:22-po-00184-CDB |
|---|---|
| Plaintiff, | MOTION FOR ORDER AUTHORIZING VIDEO APPEARANCE; [PROPOSED] ORDER |
| vs. | Date:   February 6, 2024<br>Time:   10:00 a.m.<br>Judge:  Hon. Christopher D. Baker |
| JAMAIYAH D. LYLES, | |
| Defendant. | |

Defendant Jamaiyah D. Lyles hereby moves this Court for an order authorizing her to appear via video at the federal court in Houston for the February 6, 2024 change of plea hearing.

On June 26, 2022, Ms. Lyles received two citations—one for driving without a license in violation of 18 U.S.C. § 13 (incorporating California Vehicle Code 12500(a)) and one for speeding in violation of 18 U.S.C. § 13 (incorporating California Vehicle Code 22349(b)).

On October 3, 2023, this Court granted Ms. Lyles's request to plead guilty at the federal court in Houston.  The change-of-plea hearing was initially set for November 7, 2023, but was later continued to December 5, 2023.  Ms. Lyles did not appear for the change-of-plea hearing on December 5, 2023.  Counsel contacted the court on her behalf to place her back on the calendar, and her next appearance is scheduled for February 6, 2024.

Ms. Lyles apologizes to the Court for her failure to appear.  The prior week, she had traveled to El Paso with her infant daughter, with the intention to return to her home near

Houston before the hearing. Unfortunately, while in El Paso, Ms. Lyles's daughter became ill, with a cough that kept her from sleeping. Ms. Lyles decided to delay her return trip, rather than take her daughter on public transportation while she was sick. In her concern for her daughter's health, the court date slipped her mind. She regrets this mistake.

The defense now moves this Court for an order authorizing Ms. Lyles to appear via video at the February 6, 2024 hearing. Ms. Lyles currently lives in Humble, Texas—approximately 1,675.8 miles from Bakersfield, California. Ms. Lyles, a single mother, does not have the financial means to travel to Bakersfield.

If this Court does not grant Ms. Lyles's motion to appear via video, Ms. Lyles requests a one-month continuance, to March 5, 2024, to allow time for counsel to move for financial assistance for her travel.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 16, 2024

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JAMAIYAH D. LYLES

**O R D E R**

**IT IS SO ORDERED.** Defendant Jamaiyah D. Lyles is authorized to appear via video from the federal court in Houston for the February 6, 2024 hearing.

IT IS SO ORDERED.

Dated: **January 16, 2024**

UNITED STATES MAGISTRATE JUDGE